No. 99–6355.  PERELMAN v. RENO, ATTORNEY GENERAL. C. A. 1st Cir.  Certiorari denied.

No. 99–6359.  JONES v. CORCORAN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–6421.  FALONI v. FREEH, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–6427.  THURSTON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–6428.  WEAVER v. GASKINS.  C. A. 9th Cir.  Certiorari denied.

No. 99–6441.  SHURN v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 99–6445.  SELLERS v. HENRY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–6462.  BAKER v. TOLEDO BOARD OF EDUCATION.  C. A. 6th Cir.  Certiorari denied.

No. 99–6496.  YOUNG v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–6499.  WALLIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–6510.  MONROE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–6524.  BROWN v. THOMPSON ET AL.  Sup. Ct. Haw. Certiorari denied.

No. 99–6525.  DEL PILAR MARIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6526.  KEYS v. GONZALEZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.